# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**John Edwin Tetzalaff**    PRINCIPAL
YOB: 1977
**United States Citizen**

United States District Court
Southern District of Texas
FILED

MAY 16 2016

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:

M-16-945-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 15, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Blanca Mirian Navarete, a citizen and national of El Salvador, and Ana Maria Torres-Gonzalez, a citizen and national of Guatemala, along with nine (9) other undocumented alien, for a total of eleven (11), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Abram, Texas to the point of arrest near Abram, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On May 15, 2016, the Department of Public Safety (DPS) conducted a traffic stop in Abram, Texas and requested assistance from the U.S Border Patrol. Border Patrol Agents responded and made contact with DPS Trooper Akin on Abram Road just north of Military Highway.

Trooper Akin informed Border Patrol Agents that he was traveling north on Abram Road when he observed a Ford Expedition stopped, in the center of the road, just east of the Abram cemetery. He witnessed several subjects run from the nearby brush and board into the vehicle, the vehicle then proceeded north. Trooper Akin initiated a vehicle stop, and immediately after the Ford Expedition came to a stop three subjects exited the vehicle and ran into the brush.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Jon Chan**    **Senior Patrol Agent**
Printed Name of Complainant

**May 16, 2016**                              at    **McAllen, Texas**
Date                                                  City and State

**Dorina Ramos**    , U. S. Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-945 -M

**RE:** John Edwin Tetzalaff

## CONTINUATION:

Trooper Akin approached the vehicle and discovered eight subjects in the back passenger area of the Ford Expedition.

After a search of the area, three subjects were apprehended in the brush.

Border Patrol Agents conducted an immigration check. The driver, John Edwin Tetzalaff, was found to be a United States Citizen. The passengers and three subjects discovered in the brush were all found to be illegally present in the United States. All the subjects were placed under arrest and read their Miranda Rights. Everyone was transported to the McAllen Border Patrol Station for processing.

### PRINCIPAL

John Edwin Tetzalaff was read his Miranda Rights. He understood his rights and did not provide a sworn statement.

### MATERIAL WITNESSES

Blanca Mirian Navarrete, a citizen of El Salvador, and Ana Maria Torres-Gonzalez De Zamora, a citizen of Guatemala, were read their Miranda Rights. Both understood their rights and provided a sworn statement without the presence of an attorney.

Navarrete stated she was crossed into the United States illegally with the help of a Guide. She was going to pay $1000 Mexican Pesos and was traveling to Maryland. She crossed the Rio Grande River with several other people. After crossing into the United States, the Guide told them a truck would show up to pick them up. About fifteen minutes later, a large, grey truck with an enclosed back picked everyone up. When Navarrete was boarding the vehicle the driver told her to get in. Navarrete identified John Edwin Tetzalaff as the driver of the vehicle through a photo lineup.

Torres stated that her husband made all the smuggling arrangements. She was going pay $7,500 USD. She was going to Los Angeles, CA to reunite with her husband. Torres claims she crossed the Rio Grande River with several others. Torres and the others made their way to a paved road and were instructed to wait for a beige truck. A truck stopped at their location and they all boarded it. Torres identified John Edwin Tetzalaff as the driver of the vehicle through a photo lineup.